# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAMERA SHORT-IRONS,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **CATHAM ACRES HEALTHCARE GROUP, INC.,** *d/b/a* **TWIN PINES HEALTH CARE CENTER** *Defendant.* | : : : : | **No. 18-5136** |

## ORDER

**AND NOW**, this 16th day of August, 2019, upon consideration of the Complaint (Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 5), Plaintiff's Response thereto (Doc. No. 7), and the oral argument held on April 26, 2019, it is **ORDERED** that, as set forth in the Court's August 16, 2019 Memorandum, the Motion to Dismiss (Doc. No. 7) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE